**Order entered August 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00977-CV

### IN RE JANECIA WATT, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-00707**

# ORDER

Before the Court is relator's August 16, 2019 petition requesting mandamus, habeas corpus, and emergency relief. Relator's case is an original proceeding arising out of a case in which the termination of parental rights is at issue.

Rule 9.8(b) of the rules of appellate procedure provides:

*Parental-Rights Termination Cases.* In an appeal or an original proceeding in an appellate court, arising out of a case in which the termination of parental rights was at issue:
(1) except for a docketing statement, in all papers submitted to the court, including all appendix items submitted with a brief, petition, or motion:
    (A) a minor must be identified only by an alias unless the court orders otherwise;
    (B) the court may order that a minor's parent or other family member be identified only by an alias if necessary to protect a minor's identity, and
    (C) all documents must be redacted accordingly.

TEX. R. APP. P. 9.8(b).

In the introduction section of the petition, relator identifies the minor at issue by his full name. Subsequently, in the statement of facts section of the petition, relator identifies a second minor, a victim of a crime, by his full name. Additionally, the appendix to the petition includes multiple documents in which the minor's full name, date of birth, and home address are not redacted as "sensitive data" regarding the minor, as that term is used in rule of appellate procedure 9.9. *See* TEX. R. APP. P. 9.9(a).

Accordingly, we **STRIKE** relator's August 16, 2019 petition for writ of mandamus, petition for writ of habeas corpus, and request for emergency relief.

We **ORDER** relator to file, within **FOURTEEN DAYS** of the date of this order, an amended petition that identifies the minor at issue and the minor crime victim by initials only and redacts the minor's name, address, date of birth and any other sensitive data from the amended petition and the appendix as required by rules 9.8(b) and 9.9(a). If relator fails to file an amended petition and appendix as ordered, this case may be dismissed for want of prosecution.

/s/ ERIN A. NOWELL
   JUSTICE